Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW HIPPS and SARAH HIPPS, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | NO. 2:15-CV-1325-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties to this action, by and through their counsel of record, hereby stipulate and move the Court for an order dismissing the above-entitled action in its entirety, with prejudice, and without costs or attorney's fees to either party.

DATED this 27th day of December, 2018.

LEE SMART, P.S., INC.

By:　*/s/ Craig McIvor*
　　　Craig McIvor, WSBA #12745
　　　Attorney for Defendant

PETERSON WAMPOLD ROSATO FELDMAN LUNA

By:　/s/ *Michael S. Wampold*
　　　Michael S. Wampold, WSBA #26053
　　　Attorneys for Plaintiffs
　　　1501 4th Avenue, Suite 2800
　　　Seattle, WA 98101
　　　Ph. (206) 624-6800
　　　wampold@pwrfl-law.com

STIPULATION AND PROPOSED
ORDER OF DISMISSAL - 1
CASE NO. 2:15-CV-1325-RSL

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

**ORDER**

Pursuant to the foregoing stipulation, this case is hereby DISMISSED in its entirety, with prejudice, and without costs or attorney's fees to either party.

IT IS SO ORDERED.

Dated this 4th day of January, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

STIPULATION AND PROPOSED
ORDER OF DISMISSAL - 2
CASE NO. 2:15-CV-1325-RSL

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415